**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Guam Industrial Services, Inc. d/b/a Guam Shipyard v. Dresser-Rand Company

Appellate case number:      01-15-00842-CV

Trial court case number:    2015-01910

Trial court:                61st District Court of Harris County

This is an interlocutory appeal from the trial court's order denying Guam Industrial Services Inc.'s special appearance. On October 30, 2015, while this appeal was pending, the trial court entered an order granting Dresser-Rand Company's motion to compel arbitration and stay proceedings in the trial court. Guam has filed in this Court a motion to vacate, void or stay the October 30 order pending resolution of this appeal. Guam also seeks a stay of the arbitration pending resolution of this appeal.

Texas Rule of Appellate Procedure 29.5 prohibits a trial court from making an order that "interferes with or impairs the jurisdiction of the appellate court or effectiveness of any relief sought or that may be granted on appeal." TEX. R. APP. P. 29.5(b). Accordingly, we GRANT Guam's motion in part. The trial court's order of October 30, 2015 is STAYED pending disposition of this appeal or further order of this Court.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually     ☐ Acting for the Court

Date: January 21, 2016